UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN,
    Plaintiff,

v.

KEVIN McCARTHY,
    Defendant.

3:02CV1503(AHN)

### ORDER

A pretrial conference was scheduled in the above-captioned case for November 19, 2003, at 9:30 a.m. A calendar noticing the conference was sent to all counsel of record, including Hugh Keefe and Nicole Fournier. Counsel did not appear at this conference.

In view of counsel's failure to appear at the pretrial conference, the court hereby imposes sanctions in the amount of $100 pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and Rule 11(e) of the Local Rules of Civil Procedure (D. Conn.) which shall be paid to the Clerk of the Court at Bridgeport, Connecticut, on or before December 9, 2003.

SO ORDERED this 19th day of November, 2003, at Bridgeport, Connecticut.

                              Alan H. Nevas
                              United States District Judge