10/02/03

*alia*
PTC
Held
11.19.03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U.S.D.J.
915 Lafayette Boulevard
Bridgeport

November 19, 2003

9:30 a.m.

CASE NO.   3-02-cv-1503  Snowden v McCarthy
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Nicole M. Fournier | Lynch, Traub, Keefe & Errante, 52 Trumbull St., Po Box 1612, New Haven, CT 203-787-0275 |
| Hugh F. Keefe | Lynch, Traub, Keefe & Errante, 52 Trumbull St., Po Box 1612, New Haven, CT 203-787-0275 |
| Norman A. Pattis | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |
| John R. Williams | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

- Set for jury selection on Apr. 5th, 2003
- Trial tentatively set for Apr. 13th - 16th (pending Hugh Keefe's Availability).