FILED

2003 DEC -4 A 9:41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SNOWDEN | : | |
| Plaintiff, | : | CASE NO. 3:02CV1503(AHN) |
| V. | : | |
| KEVIN McCARTHY | : | |
| Defendant. | : | DECEMBER 1, 2003 |

## MOTION TO VACATE ORDER

The undersigned counsel hereby respectfully moves to vacate this Court's (Nevas, J.) Order, dated November 19, 2003, imposing sanctions in the amount of $100.00 for failure to appear at a status conference.

On November 19, 2003, the office of undersigned counsel received a telephone call inquiring as to why no one had appeared for a scheduled status conference. The clerk indicated that plaintiff's counsel had not yet appeared either. Attorney Nicole Fournier indicated that she was not aware of the status conference, but offered to drive right down. The clerk stated that he would call back. In the interim, Attorney Fournier reviewed the file and observed that this office had, in fact, received notice of the status conference. However, due to an internal clerical error, that notice was never calendared for Attorney Fournier or undersigned counsel.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\MOTION TO VACATE 12-1-03.DOC

The clerk called back, indicating that plaintiff's counsel had arrived and that Attorney Fournier could participate by telephone. Attorney Fournier apologized for the mistake, advised the Court that discovery was complete from the defendant's end and then a trial date was scheduled.

Accordingly, undersigned counsel respectfully moves that the Order imposing a $100 sanction be vacated. Counsel's failure to attend the status conference was due to a sheer clerical error and not to any willful conduct on the part of the defendant or his counsel. In addition, neither plaintiff nor her counsel suffered any prejudice as a result of counsel's failure to appear in person. The status conference was held with defendant's counsel participating by telephone. The sanction imposed is unduly harsh in light of the facts and circumstances.

Wherefore, the undersigned respectfully requests that the Court vacate the imposed Order.

THE DEFENDANT

BY: _____
HUGH F. KEEFE, ESQ.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
Tel. No. (203) 787-0275
Fed. Bar No. ct05106

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\MOTION TO VACATE 12-1-03.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on December 1, 2003 to all counsel and pro se parties of record as follows:

Katrina Engstrom, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\MOTION TO VACATE 12-1-03.DOC