O2CVI503MVACO

FILED

2003 DEC -4 A 9: 41

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN          :
                          :
        Plaintiff,        :          CASE NO. 3:02CV1503(AHN)
                          :
V.                        :
                          :
KEVIN McCARTHY            :
                          :
        Defendant.        :          DECEMBER 1, 2003


MOTION TO VACATE ORDER

The undersigned counsel hereby respectfully moves to vacate this Court's (Nevas, J.)

Order, dated November 19, 2003, imposing sanctions in the amount of $100.00 for failure to

appear at a status conference.

On November 19, 2003, the office of undersigned counsel received a telephone call

inquiring as to why no one had appeared for a scheduled status conference. The clerk indicated

that plaintiff's counsel had not yet appeared either. Attorney Nicole Fournier indicated that she

was not aware of the status conference, but offered to drive right down. The clerk stated that he

would call back. In the interim, Attorney Fournier reviewed the file and observed that this office

had, in fact, received notice of the status conference. However, due to an internal clerical error,

that notice was never calendared for Attorney Fournier or undersigned counsel.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\MOTION TO VACATE 12-1-03.DOC

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A) )

/s/ H. Nevas, USDJ

FILED 2003 JAN -9 A 10: 14  U.S. DISTRICT COURT  BRIDGEPORT, CT