UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

March 4, 2004

12:00 Noon


CASE NO. **3:03cv1503 (AHN)**   Snowden v McCarthy

✓ Hugh Keefe
✓ Nicole M. Fournier
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506

John Williams   — Kit Engstrom ✓
Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for continuance should be addressed to Alice Montz at
203 579-5952

Held.
Parties may consent to trial before HBF.
Ob not, case will go forward with jury selection 4/5/04
+ trial 4/13.