UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


CALL OF THE CALENDAR

HONORABLE ALAN H. NEVAS, U.S.D.J.
915 LAFAYETTE BOULEVARD
BRIDGEPORT
COURTROOM NO. 3
SECOND FLOOR

APRIL 1, 2004

9:00 A.M.

CALENDAR CALL FOR ALL CASES WILL START PROMPTLY AT 9:00 A.M.

ALL COUNSEL MUST ATTEND THE CALENDAR CALL.  ANY REQUESTS FOR
CONTINUANCE OF JURY SELECTION SHALL BE MADE AT THE CALENDAR CALL
AND WILL NOT BE GRANTED UNLESS GOOD CAUSE IS SHOWN.  ANY REQUEST BY
COUNSEL FOR A CONTINUANCE TO THE NEXT JURY SELECTION DATE MUST
INCLUDE A REPRESENTATION THAT HIS/HER CLIENT JOINS IN THE REQUEST.
NO WRITTEN MOTIONS WILL BE ENTERTAINED.  PRIOR TO CALENDAR CALL,
COUNSEL SHALL CONFER REGARDING MUTUALLY AVAILABLE TRIAL DATES AND
LENGTH OF TRIAL AND SHALL REPORT THIS INFORMATION TO THE COURT.

JURY SELECTION IN ALL CASES EXCEPT THOSE IN WHICH A CONTINUANCE IS
GRANTED AT THE CALENDAR CALL WILL BE HELD ON APRIL 5, 2004  AT 9:00
A.M.


ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE ALAN H. NEVAS, U.S.D.J.
915 LAFAYETTE BOULEVARD
BRIDGEPORT
COURTROOM NUMBER 3

APRIL 5, 2004

9:00 a.m.

**NOTICE TO COUNSEL**

Jury selection will begin at 9:00 a.m. on April 5, 2004 at 915 Lafayette Boulevard, Bridgeport, CT.  Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel.

In criminal cases, <u>voir dire</u> questions shall be filed two days before jury selection and requests for jury instructions shall be filed on the day of jury selection.  Jury instructions should be submitted in written form <u>and</u> on 5 1/4" or 3 1/2" high density floppy discs formatted for WordPerfect software if available.

When cases assigned for jury selection and/or trial are settled, counsel in other cases must be advised of the selection of juries and/or trial dates in their cases.  Late receipt of notice of settlement results in late notice to counsel in other cases of the assignment of their cases for jury selection or trial.  Rarely is such late notice of settlement reasonable or justified.  As notice of settlements received a day or two before jury selection imposes heavy burdens on the court system, it is the practice of the undersigned to require an explanation for why notice of settlement is not given prior to the day case is scheduled for jury selection.  The absence of a reasonable basis for the failure to achieve and give notice earlier will result in the taxation of costs against an offending party.

<u>Attention of counsel in civil cases is called to the District Court's Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.</u>

Counsel are advised that the Court may permit individual jurors to submit written questions to witnesses during the course of the trial.

ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

CASE NO. **3:01cv197**    Atlantic Mutual v Lightolier

Robert W. Cassot
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810


Justin J. Donnelly Sr.
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096


Joel M. Fain
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810


Brian P. Henry
Tedford & Henry
750 Main St.
Suite 510
Hartford, CT 06103


Darren E. Sinofsky
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810


Frederick B. Tedford
Tedford & Henry
750 Main St.
Suite 510
Hartford, CT 06103

CASE NO. **3:02cv1503 (AHN)**    Snowden v McCarthy

Nicole M. Fournier
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510


John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510