UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -9  A 9: 11

US DISTRICT COURT
BRIDGEPORT CT

PATRICIA SNOWDEN        :

      v.              :   CASE NO 3:02CV1503 (AHN)

KEVIN MCCARTHY          :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

**_x_**  All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.). <u>Note</u>: Consent has been filed.

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv).

___  A ruling on the following motions which are currently pending (orefm.):

___  A settlement conference (orefmisc./cnf).

___  A conference to discuss the following (orefmisc./cnf):

___  Other (orefmisc./misc):

SO ORDERED this 8TH day of March, 2004, at Bridgeport, Connecticut.

                                _____
                                Alan H. Nevas
                       United States District Judge