UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Patricia Snowden | : |
| | : |
| v. | :   Civ.No. 3:02cv1503AHN |
| | : |
| Kevin McCarthy | : |

**ORDER**

On March 9, 2004 the above captioned case was referred to this Magistrate Judge for all proceedings, including trial. Counsel are directed to forward to chambers within <u>10 days</u> copies of the Complaint(s), Answer(s) and any Pleadings not previously provided to chambers in this case. <u>Courtesy copies</u> of all filings should be forwarded to her Chambers at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Dated at Bridgeport, Connecticut this 12th day of March 2004.

_/s/_____
Holly B. Fitzsimmons
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| v. | : | Civ.No.3:0(AHN) |
|  | : |  |
|  | : |  |

## NOTICE TO LITIGANTS

You are hereby notified that a United States Magistrate Judge of this District Court is now available to exercise jurisdiction and to conduct all proceedings in this case, including a jury or nonjury trial and the entry of a final judgment.

Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if <u>all</u> parties voluntarily consent. You may withhold your consent without any effect on the merits of your case, but this will limit action on dispositive motions and jury trials to the assigned U.S. District Judge. District Judges are required by law to give priority to criminal cases. Magistrate Judges conduct trials in civil cases only. If any party withholds consent, neither the Magistrate Judge nor the District Judge to whom this case is assigned will know which party consented and which did not.

Any appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Second Circuit in the same manner as an appeal from any other judgment of a district court.

The consent form is enclosed. If you wish to consent, sign the form and forward it to other counsel. When all counsel have signed the form, it should be returned to the Clerk of the Court. The Court will then order the matter referred to a Magistrate Judge for all further proceedings.

Alan H. Nevas
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | |
|  | : | |
|  | : | |
| v. | : | Civ.No. 3:0(AHN) |
|  | : | |
|  | : | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

_____In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____     _____   _____
            Signature                                        Party Represented       Date

_____     _____   _____
            Signature                                        Party Represented       Date

_____     _____   _____
            Signature                                        Party Represented       Date

_____     _____   _____
            Signature                                        Party Represented       Date

SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL.  WHEN ALL COUNSEL HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT.  <u>DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.</u>

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_____    _____
    Date                                      United States District Judge