UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
Patricia Snowden              :
                              :
V.                            :    CIV. NO. 3:02cv1503 (HBF)
                              :
Kevin McCarthy                :
```

NOTICE TO COUNSEL

     PLEASE REVIEW THIS COURT'S ATTACHED PRETRIAL ORDER.  IT MAY BE NECESSARY TO SUPPLEMENT THE TRIAL MEMORANDUM, PREVIOUSLY SUBMITTED, WITH INFORMATION NOT ALREADY IN THE FILE.  IF YOU FIND THAT ADDITIONAL INFORMATION IS NECESSARY, PLEASE FORWARD IT TO THE CLERK'S OFFICE BY THE DATE SPECIFIED IN THE ORDER.

```
                                        /s/
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
                                    4/16/04
```