FILED

2004 APR 23 P 12: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN          :

VS.                       : NO. 3:02CV1503 (HBF)

KEVIN McCARTHY            :

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as additional counsel in this case for the plaintiff,

  PATRICIA SNOWDEN.

_____
Katrena Engstrom
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct09444
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on April 23, 2004, to the following counsel of record:

Attorney Nicole M. Fournier
Hugh F. Keefe, Esq.
P.O. Box 1612
New Haven, CT 06506-1612

_____
Katrena Engstrom