**FILED**

2004 APR 23 P 12: 36

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SNOWDEN | : | NO. 3:02CV1503 (HBF) |
| VS. | : | |
| KEVIN MCCARTHY | : | APRIL 23, 2004 |

## PLAINTIFF'S AMENDED EXHIBIT LIST

**(11)  EXHIBIT LIST**

5.- 10.   Photographs of plaintiff's bruises.

THE PLAINTIFF

KATRENA ENGSTROM
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203)776-9494
Fed Bar No. ct09444

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail,

on the date set forth above, to the following counsel of record:

Attorney Nicole M. Fournier
Hugh F. Keefe, Esq.
P.O. Box 1612
New Haven, CT 06506-1612

KATRENA ENGSTROM