UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN           :

VS.                        : NO. 3:02-CV-1503 (HBF)

KEVIN McCARTHY             MAY 3, 2004:

# APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as additional counsel in this case for the plaintiff, PATRICIA SNOWDEN.

_____
KATRENA ENGSTROM
Fed. Bar No. Ct09444
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct00215
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on May 3, 2004, to the following counsel of record:

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
P. O. Box 1612
New Haven, CT 06506-1612

_____
KATRENA ENGSTROM