counsel over and above damages awarded to a party. Such an award of attorney's fees is, however, for the court to determine.[9]

| | |
|---|---|
| The Plaintiff, Patricia Snowden | The Defendant, Kevin McCarthy |
| | |
| Katrena Engstrom | Nicole M. Fournier |
| Williams & Pattis | Hugh F. Keefe |
| 51 Elm Street, Suite 409 | Lynch, Traub, Keefe & Errante |
| New Haven, CT 06510 | 52 Trumbull Street |
| (203) 562-9931 | P.O. Box 1612 |
| | New Haven, CT 06506-1612 |
| | (203) 787-0275 |
| | (203) 782-0278 |

---

[9] Instruction given by Honorable Jose A. Cabranes in <u>Bodner v. Haeckel</u>, Civil No. N-86-338 (JAC).

23
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\TCONTE\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK2\TRIAL MEMORANDUM 4-28-04.DOC