UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN                         :

VS.                                            : NO. 3:02CV1503 (HBF)

KEVIN McCARTHY                        : JUNE 2, 2004

## **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

     Please enter my appearance as additional counsel in this case for the plaintiff,

        PATRICIA SNOWDEN.

                                                            _____
                                                             Kim Coleman Waisonovitz
                                                             Williams and Pattis, LLC
                                                             51 Elm Street, Suite 409
                                                             New Haven, CT 06510
                                                             (203) 562-9931
                                                             FAX: (203) 776-9494
                                                             Federal Bar No. ct25759
                                                             Her Attorney

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was hand delivered on June 3, 2004, to the following counsel of record:

Attorney Nicole M. Fournier
Hugh F. Keefe, Esq.
P.O. Box 1612
New Haven, CT 06506-1612

_____
Kim Coleman Waisonovitz