FILED

2004 JUN -7 A 9: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SNOWDEN | : CIVIL ACTION NO. 3:02-CV-1503(AHN) |
| V. | : |
| KEVIN MCCARTHY | : June 7, 2004 |

### Defendants' Exhibit List

500. Case/Incident Report(s) of Officer Kevin McCarthy of 1/7/00.

501. Incident Report of Officer Kevin McCarthy of 1/7/00.

502. Uniform Arrest Report dated 1-7-00.

503. Initial Report and Continuation of Investigation Report, dated 1/8/00 by the Connecticut State Police.

504. Arrest Profile of Patricia Snowden, dated 1/7/00.

505. East Haven P.D. punch-cards regarding Patricia Snowden.

506. Misdemeanor/M.V. Summons and Complaint dated 9/27/98.

507. Arrest Warrant and Application, signed by Judge Sequino, dated 11/20/98.

508. Appearance Bond, dated 1/8/00.

509. American Medical Response service form, for CMED number 1775.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\EXHIBIT LIST 6-67-04.DOC

510. American Medical Response trip report dated 1/8/00.

511. American Medical Response CAD Information sheets dated 1/8/00.

512. East Haven Fire Department Records

513-513n. Photographs of EHPD

514. Griffin Hospital Release Authorization

THE DEFENDANT,

BY: _____
Hugh F. Keefe, Esq.
Nicole M. Fournier, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
Tel. No. (203) 787-0275
Fax No. (203) 782-0278
Fed Bar No. ct05106, 18550

**CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered on June 7, 2004 to all counsel and pro se parties of record.

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\EXHIBIT LIST 6-67-04.DOC