UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SNOWDEN | : | NO. 3:02CV1503 (HBF) |
| | : | |
| VS. | : | |
| | : | |
| KEVIN MCCARTHY | : | JUNE 7, 2004 |

### PLAINTIFF'S TRIAL LIST OF WITNESSES AND EXHIBITS

The Plaintiff submits the following list of witnesses and exhibits for trial.

**1. Witnesses**

1. Officer Kevin McCarthy, East Haven Police Department, East Haven, CT. Officer McCarthy is expected to testify as to his knowledge of the facts and circumstances surrounding this case.

2. Patricia Snowden, 40 Downing St., New Haven, CT. The plaintiff will testify concerning the events of 1/7/00, and her damages.

3. David R. Johnson, Ph. D., 19 Edwards St., New Haven, CT. Dr. Johnson will testify concerning his treatment of the plaintiff after the incident.

4. Sheila Roselle, the plaintiff's daughter, 1865 Milton Morris Drive, Charlotte, North Carolina. She will testify concerning her observations at the East Haven Police Department on 1/7/00 and she will testify concerning the plaintiff's damages.

**2. <u>Exhibits</u>**

1. Discharge Instructions to Patient, Griffin Hospital, 1/7/00.

2. Emergency Room Record, Griffin Hospital, 1/7/00.

3. Discharge Summary, Yale-New Haven Hospital, 1/10/00.

4. Letter from Dr. Alan M. Radoff, to Dr. Eduardo Anhalt, 2/29/00.

5. Letter from Dr. David Read Johnson to State's Attorney's office, New Haven, 5/31/00.

6. -10. Photographs of plaintiff's bruises.

                  THE PLAINTIFF
                  PATRICIA SNOWDEN

BY: _____
     Kim Coleman Waisonovitz (ct25759)
     Williams and Pattis, LLC
     51 Elm Street, Suite 409
     New Haven, CT 06510
     (203) 562-9931
     FAX: (203)776-9494

        E-Mail: kwaisonovitz@johnrwilliams.com
        Her Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was hand delivered to Attorneys Nicole M. Fournier and Hugh F. Keefe, P.O. Box 1612, New Haven, CT 06506-1612.

        _____
        Kim Coleman Waisonovitz

3