UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN       :
                       :
V.                     :   CIV. NO. 3:02CV01503 (HBF)
                       :
KEVIN MCCARTHY         :
                       :
                       :   JUNE 15, 2004

## VERDICT FORM

We, the jury, unanimously find:

**Part I. Liability of the Defendant:**

   1.  Was defendant KEVIN MCCARTHY acting under color of state law on January 7-8, 2000?

   YES __X__          NO _____

   2.  Did the defendant KEVIN MCCARTHY subject PATRICIA SNOWDEN to excessive force on January 7-8, 2000 thereby violating her constitutional rights?

   YES _____          NO __X__

   If you answered "YES" to Question 2, proceed to Question 3. If you answered "NO", sign the form and report your verdict.

3. Did the violation you have found in answer to Question 2 proximately cause injury to PATRICIA SNOWDEN?

YES_____        NO_____

If you have answered "YES" to Question 3, proceed to PART II. If you answered "NO", sign the form and report your verdict.

Part II.  DAMAGES

[If you answered "YES" to Question 3, answer Questions 4 through 7].

4. Did PATRICIA SNOWDEN suffer actual damages proximately caused by KEVIN MCCARTHY'S violation of her constitutional rights?

YES_____        NO_____

5. If you find that PATRICIA SNOWDEN has proved actual damages, and you answered "YES" to Question 4, what sum do you find will fairly, reasonably and justly compensate PATRICIA SNOWDEN for injuries caused by the violation of her constitutional rights?

$_____

6. If you find that PATRICIA SNOWDEN failed to prove actual damages from a constitutional violation and you answered "NO" to Question 4, do you award one dollar in nominal damages appropriate?

YES_____        NO_____

2

7. Keeping in mind my charge on punitive damages, do you find that KEVIN MCCARTHY should be punished or deterred from future misconduct by an award of punitive damages?

YES_____          NO_____

If YES, in what amount?

$_____


When you have finished answering the questions on this form, the form should be signed and dated by the foreperson and you should then report your verdict.

_____          6/15/04
Foreperson                                Date

3