United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/15 80 04
Kevin F. Rowe, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA SNOWDEN | : | NO. 3:02CV1503 (HBF) |
| VS. | : | |
| KEVIN MCCARTHY | : | JUNE 7, 2004 |

## PLAINTIFF'S TRIAL LIST OF WITNESSES AND EXHIBITS

The Plaintiff submits the following list of witnesses and exhibits for trial.

### 1. Witnesses

6/7/04    1.   Officer Kevin McCarthy, East Haven Police Department, East Haven, CT. Officer McCarthy is expected to testify as to his knowledge of the facts and circumstances surrounding this case.

6/7/04, 6/8/04, 6/15/04    2.   Patricia Snowden, 40 Downing St., New Haven, CT. The plaintiff will testify concerning the events of 1/7/00, and her damages.

6/8/04    3.   David R. Johnson, Ph. D., 19 Edwards St., New Haven, CT. Dr. Johnson will testify concerning his treatment of the plaintiff after the incident.

6/10/04    4.   Sheila Lewis, the plaintiff's daughter, ~~1865 Milton Morris Drive,~~ Charlotte, North Carolina. She will testify concerning her observations at the East Haven Police Department on 1/7/00 and she will testify concerning the plaintiff's damages.

## 2. Exhibits

*ID*     *FULL*

6/7/04

1. Discharge Instructions to Patient, Griffin Hospital, 1/7/00.

2. Emergency Room Record, Griffin Hospital, 1/7/00.

3. Discharge Summary, Yale-New Haven Hospital, 1/10/00.

4. Letter from Dr. Alan M. Radoff, to Dr. Eduardo Anhalt, 2/29/00.

6/8/04   5. Letter from Dr. David Read Johnson to State's Attorney's office, New Haven, 5/31/00.

6/15/04   6/15/04   6. Photographs of plaintiff's bruises. on knee
6/15/04   6/15/04   7. Photos of leg-thigh bruises
6/15/04   6/15/04   8. Photo of chest
6/15/04   6/15/04   9. photo of bruise on arm

THE PLAINTIFF
PATRICIA SNOWDEN

BY: *Kim Coleman Waisonovitz*
Kim Coleman Waisonovitz (ct25759)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203)776-9494
E-Mail: kwaisonovitz@johnrwilliams.com
Her Attorney

2

*FULL*
ID 6/7/04   11. Incident Report of 1/7/00 (same as TT 500)
6/7/04   12. Arrest Report

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was hand delivered to Attorneys Nicole M. Fournier and Hugh F. Keefe, P.O. Box 1612, New Haven, CT 06506-1612.

_____
Kim Coleman Waisonovitz