United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/15 2004
Kevin F. Rowe, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA SNOWDEN | : CIVIL ACTION NO. 3:02-CV-1503(AHN) |
| V. | : |
| KEVIN MCCARTHY | : June 7, 2004 |

### Defendants' Witness List

1. Officer Kevin McCarthy
   East Haven Police Department
   471 North Main Street
   East Haven, CT 06512
   Officer McCarthy is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
   Estimated length of testimony: 3 hours

2. Sergeant John Alves
   East Haven Police Department
   471 North Main Street
   East Haven, CT 06512
   Sergeant Alves is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
   Estimated length of testimony: 1 hour

3. Dirk Bachmann
   American Medical Response
   Mr. Bachman is expected to testify about his treatment and observations of the plaintiff.

6/9/04

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\WITNESS LIST.DOC

6/9/04 ANTHONY MOSCATO, EAST HAVEN
6/9/04 DAVID TORELLO, EAST HAVEN

6/9/04

4. Joanne Mencucci
   American Medical Response
   Ms. Mencucci is expected to testify about her treatment and observations of the plaintiff.

5. John Cinque
   East Haven Fire Department
   Mr. Cinque is expected to testify about his treatment and observations of the plaintiff.

6. Keith D'Amico
   East Haven Fire Department
   Mr. D'Amico expected to testify about his treatment and observations of the plaintiff.

7. Colin Conklin
   American Medical Response
   Mr. Conklin expected to testify about his treatment and observations of the plaintiff.

6/9/04

8. Lt. Thomas DaCosta.
   471 North Main Street
   East Haven, CT 06512
   Lt. DaCosta is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
   Estimated length of testimony: 1.5 hours

6/9/04

9. Officer Benjamin DeCrosta.
   471 North Main Street
   East Haven, CT 06512
   Officer DeCrosta is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
   Estimated length of testimony: 1 hour

6/9/04

10. Sgt. Jeffrey Emons
    471 North Main Street
    East Haven, CT 06512
    Sgt. Emons is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
    Estimated length of testimony: 1 hour

6/9/04

6/9/04

11. Officer Daniel Gilhuly
    471 North Main Street
    East Haven, CT 06512
    Officer Gilhuly is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
    Estimated length of testimony: 1 hour

12. Officer Lance Helms
    471 North Main Street
    East Haven, CT 06512
    Officer DeCrosta is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
    Estimated length of testimony: 1 hour

13. Officer George Kammerer
    471 North Main Street
    East Haven, CT 06512
    Officer Kammerer is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
    Estimated length of testimony: 1 hour

14. Officer John Kenney
    471 North Main Street
    East Haven, CT 06512
    Officer Kenney is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
    Estimated length of testimony: 1 hour

15. Detective Thomas Russell
    471 North Main Street
    East Haven, CT 06512
    Officer DeCrosta is expected to testify as to his knowledge of the facts and circumstances surrounding this case.
    Estimated length of testimony: 1 hour

16. Trooper Richard McDaniels
    Connecticut State Police
    Trooper McDaniels is expected to testify about his knowledge of the facts and circumstances surrounding this case.

THE DEFENDANT,

BY: _____
Hugh F. Keefe, Esq.
Nicole M. Fournier, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
Tel. No. (203) 787-0275
Fax No. (203) 782-0278
Fed Bar No. ct05106, 18550

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered on June 7, 2004 to all counsel and pro se parties of record.

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\WITNESS LIST.DOC