United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/15 ....... 2004
Kevin F. Rowe, Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN : CIVIL ACTION NO. 3:02-CV-1503(AHN)
:
V. :
:
KEVIN MCCARTHY : June 7, 2004

### Defendants' Exhibit List

ID 6/7/04

FULL
6/7/04  500. Case/Incident Report(s) of Officer Kevin McCarthy of 1/7/00. (Same as TT 11)

6/7/04  501. Incident Report of Officer Kevin McCarthy of 1/7/00.

502. Uniform Arrest Report dated 1-7-00.

503. Initial Report and Continuation of Investigation Report, dated 1/8/00 by the Connecticut State Police.

6/7/04  504. Arrest Profile of Patricia Snowden, dated 1/7/00.

6/7/04  505. East Haven P.D. punch-cards regarding Patricia Snowden.

506. Misdemeanor/M.V. Summons and Complaint dated 9/27/98.

6/7/04  507. Arrest Warrant and Application, signed by Judge Sequino, dated 11/20/98.

6/7/04  508. Appearance Bond, dated 1/8/00.

6/9/04  509. American Medical Response service form, for CMED number 1775.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW

52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\EXHIBIT LIST 6-87-04.DOC

ID
6/7/04

FULL
6/9/04 510. American Medical Response trip report dated 1/8/00.

6/9/04 511. American Medical Response CAD Information sheets dated 1/8/00.

512. East Haven Fire Department Records

~~513-513n~~. Photographs of EHPD

6/7/04 514. Griffin Hospital Release Authorization

6/7/04 - 513 Q - Photo
6/7/04 - 513 O - Photo - Prisoner Van
6/7/04 - 513 R - Photo of Van
6/7/04 - 513 S - Photo of Van
6/7/04 - 513 J - Sallyport
6/7/04 - 513 K - Sallyport Camera
6/7/04 - 513 I - Photo - Holding Area to Control Room
6/7/04 - 513 H - Holding Area Hallway
6/7/04 - 513 C - Holding Area
6/7/04 - 513 B - Holding Area Camera
6/7/04 - 513 A - Holding Area to Sallyport
6/7/04 - 513 P - Control Room to Holding Area
6/7/04 - 513 - Hallway
6/7/04 - 513 F - Cell Block Hallway
6/7/04 - 513 G - Fingerprint Area
6/7/04 - 513 E - Fingerprint Area
6/7/04 - 513 D - Booking Room for Prisoner
6/7/04 - 513 M - Booking Room for Prisoner
6/7/04 - 513 N - Booking Room for Officer
6/7/04 - 513 L - Processing Area

THE DEFENDANT,

BY: _____
Hugh F. Keefe, Esq.
Nicole M. Fournier, Esq.
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612
Tel. No. (203) 787-0275
Fax No. (203) 782-0278
Fed Bar No. ct05106, 18550

6/8/04 575 - CHCP file of Snowden
6/8/04 576 - Yale New Haven Records

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

6/8/04 577 - Emergency Record
6/9/04 6/9/04 578 - Incident Log 1-7-00
6/9/04 6/9/04 579 - Incident Log 1-8-00

W:\EAST HAVEN\SNOWDEN\EXHIBIT LIST 6-87-04.DOC

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered on June 7, 2004 to all counsel and pro se parties of record.

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\SNOWDEN\EXHIBIT LIST 6-67-04.DOC