UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PATRICIA SNOWDEN

    v.                                  3:02CV1503 (HBF)

KEVIN McCARTHY

## JUDGMENT

This cause came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate Judge was filed on March 19, 2004. On June 15, 2004, after deliberation, the jury entered a verdict in favor of defendant, Kevin McCarthy.

It is therefore ORDERED and ADJUDGED that judgment is hereby entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 17th day of June 2004.

                                                          KEVIN F. ROWE, Clerk

                                                          By_____
                                                              Deputy Clerk

Entered on Docket_____